# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | 55669248 |
| Nicolas James Peters | Case Number: 16-cr-00798-WQH |
| | ~~NOT FOR PUBLIC VIEW~~ |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Nicolas James Peters____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

FILED
DEC 28 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATE: 12/26/2017
@ 680 SM San Diego CA
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY: _____

In violation of Title ____See Above____ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L. Cervantes | 12/22/2017, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____No Bail____  by ____The Honorable William Q. Hayes____
                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |